**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SOUDERTON AREA FOR ALL, *et al.*,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| **v.** | : | |
| | : | **NO. 24-6202** |
| **SOUDERTON AREA SCHOOL DISTRICT,** | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 28th day of September, 2026, upon consideration of Plaintiffs' Motion for Reconsideration (ECF No. 80), Defendant's response (ECF No. 81), and for the reasons set forth in the accompanying Memorandum, it is ORDERED that the Motion is GRANTED. Paragraphs 7(b) and 7(c) of the Court's Order granting Defendant's Motion to Enforce the Settlement Agreement (ECF No. 76) are STRICKEN, and the Sealed Supplemental Order (ECF No. 77) is VACATED.

BY THE COURT:

Hon. Mia R. Perez